UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22347-CIV-HOEVELER/WHITE
(88-582-CR-HOEVELER)

ABELARDO MUNERA-CADAVID,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/



CLOSED CIVIL CASE

## ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING MOTIONS, AND CLOSING CASE

THIS CAUSE comes before the Court upon the Report of the Magistrate Judge filed July 19, 2013, recommending that the Movant's 28 U.S.C. § 2255 Motion[1] be DENIED as successive. The Government opposes Movant's request for relief.

A review of the record of this case reveals that Movant, who was convicted by a jury in July 1989, filed a § 2255 Motion in October 1994 seeking to vacate or correct his sentence, which was denied by this Court on March 30, 1999 (Case No. 94-02157).[2] Movant later filed a motion challenging his sentence, which this Court declined to

---

[1] Movant first styled his document as a "Motion for Preservation and Review in the District Court under Martinez v. Ryan." Movant later asked that his motion be construed as seeking relief pursuant to either Rule 60(b) or 28 U.S.C. § 2255(f)(4).

[2] Movant also was convicted in a subsequent jury trial before another judge (Judge Scott) (Case No. 89-CR-294). As to his conviction in that case, Movant filed a § 2255 Motion in April 1997 which was denied in April 1999 by Judge Davis (Case No. 97-01029). Last year Movant filed another § 2255 motion related to that case, which motion was denied by Judge Moore (Case No. 13cv20990). Movant requested a Certificate of Appealability, which was denied by Judge Moore. The Court of Appeals also denied Movant's request for a Certificate of Appealability, and denied his motion for reconsideration thereon.

reach because it was a successive motion and Movant had failed to obtain the permission of the Court of Appeals (Case No. 88CR582, ECF No. 384, November 25, 2008).

Movant's present motion - as to which this Court again is prohibited from addressing unless Movant obtains permission from the Court of Appeals - essentially argues that there was more evidence that the United States should have disclosed about Biamby's medical condition and his alleged prior drug trafficking activities before Movant's trial. After a review of the Report, and the Movant's Objections thereto, and being otherwise familiar with the case, the Court agrees with the conclusion of the Magistrate Judge that the Movant has filed a successive § 2255 Motion without prior authorization. As such, it is

ORDERED AND ADJUDGED that the Report be adopted by this Court and Movant's Motion to Vacate, Set Aside, or Correct Sentence be DENIED. In addition, Petitioner's Motion to Appoint Counsel, Motion for Discovery, Motion for Evidentiary Hearing, Motion for Leave to file an amendment, and Motion to Introduce Additional Material Evidence, and Motion to Expand the Record are DENIED. This case is closed.

DONE AND ORDERED in Miami, Florida, this 29 day of January 2014.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

copies to: Magistrate Judge White
Michael Thakur
Abelardo Munera-Cadavid, 33865-004
    FCI Coleman
    P.O. Box 1032
    Coleman, FL 33521-1032